**01–301.  Natl. Elec. Contrs. Assn. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. Reported at 92 Ohio St.3d 1427, 749 N.E.2d 755. On motion for reconsideration. Motion denied.
   COOK, J., not participating.

**01–635.  Hill v. McClendon.**
Cuyahoga App. No. 76871. Reported at 92 Ohio St.3d 1428, 749 N.E.2d 756. On motion for reconsideration. Motion denied.

**01–659.  Cosby v. Cosby.**
Butler App. No. CA99–11–192. Reported at 92 Ohio St.3d 1432, 749 N.E.2d 758. On motion for reconsideration. Motion granted and discretionary appeal allowed.
   DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–665.  W. 11th Street Partnership v. Cleveland.**
Cuyahoga App. No. 77327. Reported at 92 Ohio St.3d 1432, 749 N.E.2d 758. On motion for reconsideration. Motion denied.

**01–682.  Presidential Estate Condo Assn. v. Slabochova.**
Mahoning App. No. 99CA126. Reported at 92 Ohio St.3d 1432, 749 N.E.2d 758. On motion for reconsideration. Motion denied.

**01–688.  State v. Ramjit.**
Cuyahoga App. No. 77337. Reported at 92 Ohio St.3d 1429, 749 N.E.2d 756. On motion for reconsideration. Motion denied.

**01–700.  In re Milgrim.**
Cuyahoga App. No. 77510. Reported at 92 Ohio St.3d 1429, 749 N.E.2d 756. On motion for reconsideration. Motion denied.

**01–753.  In re Jones.**
Miami App. No. 00CA56. Reported at 92 Ohio St.3d 1430, 749 N.E.2d 757. On motion for reconsideration. Motion granted and discretionary appeal allowed.
   COOK, J., would also vacate the decision of the court of appeals and remand this cause on the authority of *In re Anderson* (2001), 92 Ohio St.3d 63, 748 N.E.2d 67.
   RESNICK and PFEIFER, JJ., dissent.

**01–754.  Aliff v. Ohio Bur. of Emp. Serv.**
Hamilton App. No. C–000238. Reported at 92 Ohio St.3d 1433, 749 N.E.2d 759. On motion for reconsideration. Motion denied.
   DOUGLAS and RESNICK, JJ., dissent.

**01–819.  Akron Health Dept. v. Thrower.**
Summit App. No. 20270. Reported at 92 Ohio St.3d 1442, 751 N.E.2d 481. On amended motion for reconsideration. Motion denied.

**01–826.  State v. Helms.**
Summit App. No. 20126. Reported at 92 Ohio St.3d 1442, 751 N.E.2d 481. On motion for reconsideration. Motion denied.

**01–827.  State ex rel. Moore v. Butler Cty. Court of Common Pleas, Juv. Court.**
In Mandamus. Reported at 92 Ohio St.3d 1440, 751 N.E.2d 480. On motion for reconsideration and motion for appointment of counsel or, in the alternative, motion for compensation/funding. Motions denied.

**01–828.  Moore v. Butler Cty. Children Serv. Bd.**
In Prohibition. Reported at 92 Ohio St.3d 1440, 751 N.E.2d 480. On motion for reconsideration and motion for appointment of counsel or, in the alternative, motion for compensation/funding. Motions denied.